ACCEPTED
12-14-00342-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/8/2015 9:21:13 AM
CATHY LUSK
CLERK

## NO. 12-14-00342-CR

### IN THE

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/8/2015 9:21:13 AM
CATHY S. LUSK
Clerk

### COURT OF APPEALS

### TWELFTH COURT OF APPEALS DISTRICT

### TYLER, TEXAS

---

### VERA LOUISE CLERKLEY, Appellant

### VS.

### THE STATE OF TEXAS, Appellee

### STATE'S MOTION FOR LEAVE TO FILE STATE'S REPLY BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, the State of Texas by and through her Assistant Criminal District Attorney, James C. Henson, and hereby requests for a leave to file the State's Reply Brief and in support of same would show the court as follows:

1. The State's Brief in this case number was due on April 6, 2015.

2. The State failed to file its brief in a timely manner.

3. This office has been in the midst of an administration change during this time period which has caused confusion as to case assignments and caused notice in same causes to be missed.

4. This office has had a busy trial schedule in this time period causing additional confusion leading to missed due dates.

The undersigned is requesting leave to file the State's brief.

The undersigned is not seeking this leave for the purposes of delay.

**WHEREFORE**, for the foregoing reasons, the State respectfully prays that this Honorable Court accepts the filing of the State's brief.

Respectfully submitted,


**JAMES C. HENSON, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY
COURTHOUSE**

**500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24091457**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Leave to File State's Brief

has been sent by fax to WM. M. HOUSE, 800 N. Church St., Palestine, TX 75801, (903) 723-

2077 (office), (903) 723-6323 (fax).

**JAMES C. HENSON, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE**

**500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24091457**

**THE STATE OF TEXAS** §
§
**COUNTY OF ANDERSON** §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **JAMES C. HENSON** who states on oath that the facts contained in the State's Motion for Leave to File State's Brief in <u>VERA LOUISE CLERKLEY vs. THE STATE OF TEXAS</u>, (Trial Court Cause No. 31399 in the 3rd Judicial District Court of Anderson County, Case No. **12-14-00342-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

_____
**JAMES C. HENSON, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON                          COUNTY**
**COURTHOUSE**

**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24091457**

Given under my hand and seal of office this the ⟨8⟩ day of May, 2015.

_____
**NOTARY PUBLIC**
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**